UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| KATHY DEEVERS, individually and on behalf of all others similarly situated, and VENELIN STOICHEV, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>WING FINANCIAL SERVICES, LLC,<br><br>    Defendant. | Case No. 22-CV-0550-CVE-JFJ<br>BASE FILE<br>(Consolidated with<br>Case No. 23-CV-0026-CVE-JFJ) |

## JUDGMENT OF DISMISSAL

This matter has come before the Court for consideration and an Opinion and Order (Dkt. #35) dismissing plaintiff's case for lack of subject matter jurisdiction has been entered. A judgment of dismissal of plaintiff's claims without prejudice is hereby entered.

**IT IS SO ORDERED** this 19th day of September, 2023.

_____
CLAIRE V. EAGAN
UNITED STATES DISTRICT JUDGE